# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROEE TANAI, **Plaintiff,** v. SABER HEALTHCARE GROUP, **Defendant.** | CIVIL ACTION NO. 23-3133 |

## O R D E R

**AND NOW**, this 4th day of November, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17) on all Counts (I–V) of Plaintiff's Complaint (ECF No. 1), Plaintiff's opposition (ECF No. 20), and the reply thereto (ECF No. 21), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is directed to **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.